IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TRUSTEES OF THE HAWAII SHEET METAL WORKERS' TRUST FUNDS, ET AL.,<br><br>Plaintiffs,<br><br>vs.<br><br>GORDON MECHANICAL LLC, ET AL.<br><br>Defendants. | CIVIL NO. 26-00251 JAO-KJM<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS TO ENTER DEFAULT JUDGMENT AND AWARD DAMAGES AGAINST GORDON MECHANICAL LLC AND RICHARD GORDON (ECF NO. 23) |

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS TO ENTER DEFAULT JUDGMENT AND AWARD DAMAGES AGAINST GORDON MECHANICAL LLC AND RICHARD GORDON (ECF NO. 23)**

Findings and Recommendation having been filed and served on all parties on November 4, 2026, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendations to Enter Default Judgment and Award Damages Against Gordon Mechanical LLC and Richard Gordon, ECF No. 23, are adopted as the opinion and order of the Court.

///

///

IT IS SO ORDERED.

DATED: Honolulu, Hawai‘i, November 25, 2026.

Jill A. Otake
United States District Judge

CV 26-00251-JAO-KJM, *Trustees of the Hawaii Sheet Metal Workers' Trust Funds v. Gordon Mechanical LLC*, ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS TO ENTER DEFAULT JUDGMENT AND AWARD DAMAGES AGAINST GORDON MECHANICAL LLC AND RICHARD GORDON (ECF NO. 23)